

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,451-01

**EX PARTE JERRY DON WHATLEY, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR05-00442A IN THE 294TH DISTRICT COURT
## FROM VAN ZANDT COUNTY

*Per curiam.*

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete.

The district clerk shall forward to this Court State's Exhibit 5, a DVD. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: February 18, 2020
Do not publish